UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOLOMON ISRAEL,

      Plaintiff,

v.

PRA PORTFOLIO RECEIVABLE
MANAGEMENT, L.L.C.,
BRITTANY SMITH,
DEVIN URBANOWSKI, and
SIGNATURE RECOVERY SERVICES,

      Defendants.
_____/

Case No. 4:24-cv-13167

District Judge Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 21)

On March 12, 2025, the Court entered an order, which, in part, provided that Plaintiff's amended complaint was due on April 10, 2025 and Defendants' answers were due on May 16, 2025. (ECF No. 20, PageID.185-186.) The order also encouraged Plaintiff to seek the assistance of an attorney or of the *U of D Mercy Law School Federal Pro Se Legal Assistance Clinic*. (*Id*., PageID.186.)

On April 9, 2025, Plaintiff filed a motion for extension of the April 10, 2025 deadline. (ECF No. 21.) He claims to be awaiting a response from the clinic and to have received an invitation to attend a legal assistance event on May 1, 2025. (*See id*., PageID.187, 189.) Upon consideration, Plaintiff has shown the "good

1

cause" contemplated when a request for extension is made "before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). Accordingly, Plaintiff's motion (ECF No. 21) is **GRANTED**, the April 10, 2025 deadline is extended to **Friday, May 30, 2025**, and Defendants' May 16, 2025 deadline is extended to **Thursday, July 3, 2025**.

    **IT IS SO ORDERED.**[1]

Dated: April 11, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).