UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOLOMON ISRAEL,

Plaintiff,

v.

PRA RECEIVABLES
MANAGEMENT, L.L.C. et al.,

Defendants.

Case No. 24-13167
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 40)

Plaintiff Solomon Israel ("Israel"), proceeding pro se, initiated this consumer credit case against defendants PRA Receivables Management, LLC ("PRARM"), its employees Brittany Lessard f/k/a Brittany Smith and Devin Urbanowski (together "PRARM Defendants"), and Signature Recovery Services, Inc. ("SRS") in the Sixth Circuit Court for the County of Oakland, Michigan. This case was then removed to this Court and referred to the assigned magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF Nos. 4, 8.

Both the PRARM Defendants[1] and SRS moved to dismiss Israel's claims. ECF Nos, 25, 27. The motions are fully briefed, and the magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 40. The Report and Recommendation ("R&R") recommends the Court grant both motions pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6).

No party filed objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required

---

[1] After the PRARM defendants filed their motion to dismiss, plaintiff filed an amended complaint in which he no longer included individual defendants Brittany Lessard (Smith) and Devin Urbanowski. ECF No. 30. Accordingly, the Clerk of the Court terminated defendants Lessard (Smith) and Urbanowski as of the filing date of the amended complaint, July 21, 2025.

to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 40) and **GRANTS** both the PRARM Defendants' and SRS's motions to dismiss. ECF Nos. 25, 27. Israel's complaint is **DISMISSED**, and this matter is now closed.

**IT IS SO ORDERED.**

s/Shalina D. Kumar
SHALINA D. KUMAR
Dated: March 18, 2026                    United States District Judge